PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone: (415) 977-8939
   Facsimile: (415) 744-0134
   Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JASON ALAN WEBBER, | ) | Civil No. 1:16-cv-00217-BAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **FIRST EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER** |
| | ) | **RESPONSIVE BRIEF** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days from today to file her responsive brief.  Defendant apologizes for improperly calendaring this case and respectfully requests this additional time because of an extremely heavy workload, including the completion of four Ninth Circuits matters in the past two months.  In addition, the undersigned in out of the office on preplanned leave through Friday, January 6, 2016 and respectfully requests this additional time to properly consider the issues Plaintiff raised.

1

The new due date for Defendant's responsive brief will be Friday, February 3, 2017.

Respectfully submitted,

Date: *January 4, 2017*    BRIAN C. SHAPIRO

By: */s/ Brian C. Shapiro*\*
BRIAN C. SHAPIRO
*\* By email authorization on Jan. 3, 2017*
Attorney for Plaintiff

Date: *January 4, 2017*    PHILIP A. TALBERT
United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

On January 4, 2017, the parties filed a stipulation for Defendant to have an extension of time to submit her responsive brief. (Doc. 14). The Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by the parties. Accordingly, IT IS HEREBY ORDERED:

1. Defendant's request for an extension of time is GRANTED;

2. Defendant SHALL serve her responsive brief on or before February 3, 2017.

IT IS SO ORDERED.

Dated:  **January 5, 2017**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28