PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JASON ALAN WEBBER, | ) Civil No. 1:16-cv-00217-BAM |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF** |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 14 days from today to file her responsive brief.  Defendant respectfully requests this additional time because of a very heavy caseload, including a just completed Ninth Circuit oral argument the previous week requiring extensive preparation and travel to Pasadena.

The new due date for Defendant's responsive brief will be Friday, February 17, 2017.

Respectfully submitted,

Date: *February 15, 2017*     BRIAN C. SHAPIRO

By:  */s/ Brian C. Shapiro\**
BRIAN C. SHAPIRO
*\* By email authorization on Jan. 17, 2017*
Attorney for Plaintiff

Date: *February 15, 2017*     PHILIP A. TALBERT
United States Attorney

By:  */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

### ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 14-day extension, or until February 17, 2017, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **February 15, 2017**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE